DANIEL G. BOGDEN
United States Attorney
District of Nevada
Michael A. Humphreys
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702 388-6518
Facsimile: (702)388-6787
Michael.Humphreys@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE EDUWARDO SANCHEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 10-cv-243-KJD-LRL |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| THE UNITED STATES OF AMERICA ) | |
| d/b/a THE UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; ) | |
| DRUG ENFORCEMENT ) | |
| ADMINISTRATION; NEVADA ) | |
| HIGHWAY PATROLMAN JOHN ) | |
| DOE, individually, and JOHN DOES I ) | |
| through XI, inclusive; ROE ) | |
| CORPORATIONS, I through XI, ) | |
| inclusive. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, Jose Eduwardo Sanchez,and the United States of America, the United States of America d/b/a The United States Department of Justice; Drug Enforcement Administration hereto, that the

above-entitled action shall be dismissed, with prejudice, with respect to the United States of America, the United States of America d/b/a The United States Department of Justice; Drug Enforcement Administration, only, and each party will bear its own costs and attorney fees.

Respectfully submitted this **10** day of September, 2010.

_____
CAL POTTER
Attorney for Plaintiff

DANIEL G. BOGDEN
United States Attorney

_____
MICHAEL A. HUMPHREYS
Assistant United States Attorney

DATED: January 26, 2011

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Alexandra McWhorter, certify that on September **14**, 2010, the foregoing Stipulation and Order for Dismissal with Prejudice, was served on Cal Potter, III, Plaintiff's counsel by the below identified method of service:

U.S. Mail

Cal J. Potter, III
1125 Shadow Lane
Las Vegas, NV 89102

_____
Alexandra McWhorter

2